## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:<br>JUDY OLEVIA GRIMES,<br>　　　　　　　　　Debtor. | Case No. 16-10098<br>Chapter 7 |
| American Builders & Contractors Supply Company, Inc. d/b/a ABC Supply Company,<br>　　　　　　　　　Plaintiff, | |
| v. | Adv. No.: 16-01025-SAH |
| Judy Olevia Grimes,<br>　　　　　　　　　Defendant. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, American Builders & Contractors Supply Company, Inc. d/b/a ABC Supply Company, and the Defendant, Judy Olevia Grimes, in the above-referenced adversary proceeding, and hereby stipulate that the above-entitled adversary proceeding be dismissed with prejudice.

DATED this 17th day of November, 2016.

/s/Dylan T. Duren
Dylan T. Duren, OBA No. 31837
Robinett, Swartz & Aycock
624 South Boston Ave., Suite 900
Tulsa, OK  74119
Telephone:  918-592-3699
Facsimile:  918-592-0963
dduren@robinettlawfirm.com
ATTORNEY FOR PLAINTIFF

/s/Jerome S. Sepkowitz
JEROME S. SEPKOWITZ, OBA No. 8081
Derryberry & Naifeh, LLP
4800 North Lincoln Blvd.
Oklahoma City, Oklahoma  73105
Telephone:  405-528-6569
Facsimile:  405-528-6462
jsepkowitz@derryberrylaw.com
ATTORNEY FOR DEFENDANT